# SETTLEMENT NOTICE

| | | |
|---|---|---|
| **Case Number** | 4:09-cv-104 | |
| **Style of Case** | Citizens Tri-County Bank v. American National Property & Casualty Company | |
| **Trial Date** | | |
| **Case reported settled by** | Mark Kinsman | |
| **Did parties participate in mediation?** | | yes *(cc: Mag. Judge Shirley)* |
| | X | no |
| **Did parties participate in arbitration?** | | yes *(cc: Mag. Judge Carter)* |
| | | no |
| **Date of Notice** | November 6, 2009 | |
| **Notice received by** | s/Martha Corts | |