UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| CITIZENS TRI-COUNTY BANK, ) | |
| ) | Civil Action No. 4:09-cv-104 |
| *Plaintiff,* ) | |
| ) | Judge Mattice |
| v. ) | Magistrate Judge Carter |
| ) | |
| AMERICAN NATIONAL PROPERTY ) | |
| AND CASUALTY COMPANY, ) | |
| ) | |
| *Defendant.* ) | |

## **ORDER**

The Court has received notice that the parties have reached a settlement in this action. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal or an agreed final order within 30 days. The parties are hereby put **ON NOTICE** that the Court will dismiss this action with prejudice if no stipulation of dismissal or agreed final order is filed within 30 days.

SO ORDERED.

ENTER.

                                                                         */s/Harry S. Mattice, Jr.*
                                                                         HARRY S. MATTICE, JR.
                                                                       UNITED STATES DISTRICT JUDGE