IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE,
AT WINCHESTER

| | | |
|---|---|---|
| CITIZENS TRI-COUNTY BANK, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 4:09cv104 |
| | ) | |
| AMERICAN NATIONAL PROPERTY | ) | JURY DEMAND |
| AND CASUALTY COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Came the plaintiff and the defendant, by and through counsel, and announced to the court that all matters here in controversy between the parties, have been compromised and settled out of court, and that the plaintiff, for valuable consideration, has executed a release in full and final settlement of all claims against the defendant arising out of the matters here in controversy. Therefore, the plaintiff and the defendant hereby give notice pursuant to Rule 41 of the *Federal Rules of Civil Procedure* that the above styled action, including the counter-claim is dismissed with full prejudice against another action. The parties shall bear their own costs.

**AUSTIN, DAVIS & MITCHELL**
109 Cherry Street East
Dunlap, TN 37327
(423) 949-4159


By: s/ Keith Davis          .
     M. Keith Davis, BPR # 17328
     Attorney for Plaintiff

1

**BAKER, KINSMAN, HOLLIS, CLELLAND**
**& WINER, P.C.**
701 Market Street, Suite 1500.
Chattanooga, TN 37402-4825
(423) 756-3333


By:  s/N. Mark Kinsman                          .
            N. Mark Kinsman, B.P.R. #6039
            Attorney for Defendant


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on November 20, 2009, a copy of the

*Stipulation of Dismissal with Prejudice* was filed electronically. Notice of this filing will

be sent by operation of the Court's electronic filing system to all parties indicated on the

electronic filing receipt.   All other parties will be served by regular U.S. mail. Parties

may access this filing through the Court's electronic filing system.


            s/N. Mark Kinsman                      .